# Exhibit 3

| Def No. | Storename | Located in file | Page |
|---|---|---|---|
| 1 | Amr Wang | Exh. 3 - part 1.pdf | 3 |
| 2 | OZOKSKS SUNGLASSES | Exh. 3 - part 1.pdf | 6 |
| 3 | The attachment of seagulls | Exh. 3 - part 1.pdf | 9 |
| 4 | xiaosastore | Exh. 3 - part 1.pdf | 12 |
| 5 | zhuojiayoupinStroe | Exh. 3 - part 1.pdf | 15 |
| 6 | kuailaicai | Exh. 3 - part 1.pdf | 18 |
| 7 | Lstary | Exh. 3 - part 1.pdf | 21 |
| 8 | QAJCRHYH | Exh. 3 - part 1.pdf | 24 |
| 9 | ZLL Accessories Culture Supermarket | Exh. 3 - part 1.pdf | 27 |
| 10 | CHENGXUE SHOP | Exh. 3 - part 1.pdf | 30 |
| 11 | DRDRD | Exh. 3 - part 1.pdf | 33 |
| 12 | gelingcanyin | Exh. 3 - part 1.pdf | 36 |
| 13 | Greenhe Co., Ltd. | Exh. 3 - part 1.pdf | 40 |
| 14 | huan chen | Exh. 3 - part 1.pdf | 43 |
| 15 | JC Feng Shop | Exh. 3 - part 1.pdf | 46 |
| 16 | JiaChao | Exh. 3 - part 1.pdf | 49 |
| 17 | King Go Glad Store | Exh. 3 - part 1.pdf | 52 |
| 18 | NCDHE - commerce Co | Exh. 3 - part 1.pdf | 55 |
| 19 | shangshangqian store | Exh. 3 - part 1.pdf | 58 |
| 20 | taiwei | Exh. 3 - part 1.pdf | 63 |
| 21 | wangxinkeji | Exh. 3 - part 1.pdf | 67 |
| 22 | wanhankeji | Exh. 3 - part 1.pdf | 71 |
| 23 | Wankang Technology Co. LTD | Exh. 3 - part 1.pdf | 74 |
| 24 | WERKHK | Exh. 3 - part 1.pdf | 79 |
| 25 | yanyixuan | Exh. 3 - part 1.pdf | 82 |
| 26 | YONGDEZAN | Exh. 3 - part 1.pdf | 85 |

| | |
|---|---|
| 6,903,760 |  |
| 6,903,761 | |







| 6,903,760 |  |
|-----------|----------------------|
| 6,903,761 | |







| 6,903,760 |  |
|-----------|-----|
| 6,903,761 | |







| 6,903,760 |  |
| 6,903,761 | |
| 6,363,262 | PIT VIPER |
| 6,363,259 | |





# xiaosastore

Visit the xiaosastore storefront

Just launched | No feedback yet

**henkeai Outdoor children's UV re...**
$27⁴⁴

Add to Cart

Protected by A-to-z Guarantee ❓

To initiate a return, visit Amazon's Online Return Center to request a return authorization from the seller.

For any issues with your return, if the product was shipped by the seller, you can get help here.

## Amazon's A-to-z Guarantee

The Amazon A-to-z Guarantee protects you when you purchase items sold and fulfilled by a third party seller. Our guarantee covers both the timely delivery and the condition of your items. If either are unsatisfactory, you can report the problem to us and our team will determine if you are eligible for a refund.

See full details

## Detailed Seller Information

**Business Name:** lvliangyigedianziyouxiangongsi
**Business Address:**
　新城金域蓝湾小区
　6号楼二单元3302
　吕梁市临县林泉镇
　山西省
　033299
　CN

## Shipping Policies ⌄

## Other Policies ⌄

## Help ⌄

## Products

See all products currently offered by the seller.



| | |
|---|---|
| 6,903,760 |  |
| 6,903,761 | |





# zhuojiayoupinStroe

Visit the zhuojiayoupinStroe storefront

Just launched | No feedback yet

**YTRIDBIZ High end Sports Cyclin...**

$17⁷⁹

Add to Cart

**Protected by A-to-z Guarantee** The Amazon A-to-z Guarantee protects you when you purchase items sold and fulfilled by a third party seller.
Read more

## Detailed Seller Information

**Business Name:** changshazhuojiayoupindianzishangwuyouxiangongsi
**Business Address:**
岳麓区望城坡街道玉兰路433号西枢纽商务中心
T2写字楼902,904室-211号
长沙市
湖南
410000
CN

## Shipping Policies

## Other Policies

## Help

Products



| 6,903,760 |  |
| 6,903,761 | |







| 6,903,760 |  |
| 6,903,761 | |





**Store Information**

Name
Lstary

Address
N/A

Country/Region
China



Receipt

To prevent excess packaging waste, we do not include paper receipts. However, you can always print one out for your records.

**Order summary**

| | |
|---|---|
| Order ID: | PO-211-00468830833273716 |
| Order time: | Jul 23, 2025 |
| Item(s) total: | $6.87 |
| Shipping from 🌟 Lstary: | $2.99 |
| Sales tax: | $0.70 |
| **Order total:** | **$10.56** |

**Shipping address**

Katharyn Mann +1 (740)297-0780 , 200 W Madison St, STE 2100 O90, CHICAGO, IL 60606, United States

**Payment method**

Temu is committed to protecting your payment information. We follow PCI DSS standards, use strong encryption, and perform regular reviews of its system to protect your privacy.

VISA   Visa ...6165      $10.56
       Paid on Jul 23, 2025

Billing address: Greer Burns Crain LTD +1 (740)297-0780, 200 W MADISON ST STE 2100, CHICAGO, IL 60606, United States

**Item details (1)**

Unisex Sports Fashion Glasses - Windproof, Non...        $6.87
Blue frame color film black legs                         ×1

By 🌟 Lstary

Company info        Customer service        Help        Start Selling to Millions of Buyers on Temu
About Temu          Return and refund policy  Support center & FAQ

| 6,903,760 |  |
| 6,903,761 | |





**Store Information**

Business Name
Wenzhoushilongwanzhuangyuanhanbodianzishangwushangxing(g
etigongshangzuchengxingshigerenjingying

Address
Room 103, East Building, No. 101, Xingyuan Road, Zhuangyuan
Street, Longwan District, Wenzhou City, Zhejiang Province
Longwan District
325013
Zhejiang Province, Wenzhou city
China



Order summary

| | |
|---|---|
| Order ID: | PO-211-18765022456953206 |
| Order time: | Jul 18, 2025 |
| Item(s) total: | $20.58 |
| Shipping from ⬤ QAJCRHYH: | $2.99 |
| Sales tax: | $2.11 |
| **Order total:** | **$25.68** |

Shipping address

Vallie Gasly +1 (740)297-0780 , 200 W Madison St, Suite # 2100 D33, CHICAGO, IL 60606-3414, United States

Payment method

✅ Temu is committed to protecting your payment information. We follow PCI DSS standards, use strong encryption, and perform regular reviews of its system to protect your privacy.

**VISA** Visa ...6165                $25.68

Billing address: GREER BURNS CRAIN +1 (312)358-0016, 200 W Madison St; Ste 2100, CHICAGO, IL 60606-3414, United States

Item details (2)

| | | |
|---|---|---|
| Fashion Decorative glasses - Polarized Lens for S... | | $10.29 |
| Purple | | x2 |
| By ⬤ QAJCRHYH | | |

Company info

About Temu
Temu – Shop Like a Billionaire
Affiliate & Influencer: Earn Commission

Customer service

Return and refund policy
Intellectual property policy
Shipping info

Help

Support center & FAQ
Safety center
Temu purchase protection

**Start Selling to Millions of Buyers on Temu**

Start a Selling Account

| 6,903,760 |  |
| 6,903,761 | |







Receipt

All data is safeguarded ›

TEMU

To prevent excess packaging waste, we do not include paper receipts. However, you can always print one out for your records.

**Order summary**

| | |
|---|---|
| Order ID: | PO-211-00468894259833716 |
| Order time: | Jul 23, 2025 |
| Item(s) total: | $8.34 |
| Shipping from ✿ ZLL Accessories Culture Supermarket: | $2.99 |
| Sales tax: | $0.85 |
| **Order total:** | **$12.18** |

**Shipping address**

Kathe Mann +1 (740)297-0780 , 200 W Madison St, STE 2100 O91, CHICAGO, IL 60606, United States

**Payment method**

Temu is committed to protecting your payment information. We follow PCI DSS standards, use strong encryption, and perform regular reviews of its system to protect your privacy.

VISA    Visa ...6165                                                        $12.18
        Paid on Jul 23, 2025

Billing address: Greer Burns Crain LTD +1 (740)297-0780, 200 W MADISON ST STE 2100, CHICAGO, IL 60606, United States

**Item details (1)**

Outdoor Sports Colorful One-Piece Glasses Men...                      $8.34
Blue frame color film black legs                                        ×1

By ✿ ZLL Accessories Culture Supermarket

| Company info | Customer service | Help | |
|---|---|---|---|
| About Temu | Return and refund policy | Support center & FAQ | Start Selling to Millions of Buyers on Temu |

| 6,903,760 |  |
| 6,903,761 | |
| 6,363,259 | |







| 6,903,760 |  |
|---|---|
| 6,903,761 | |
| 6,363,262 | PIT VIPER |
| 6,363,259 | |







| 6,903,760 |  |
| 6,903,761 | |
| 6,363,259 | |









| 6,903,760 |  |
|---|---|
| 6,903,761 | |
| 6,363,259 | |







**Sep 29, 2025 order** | Order# 2000138-03700250

Print

Freight shipping
Arrives by Thu, Oct 30

Sold and shipped by Greenhe Co., Ltd.

Placed — Preparing — On the way — Delivered

1 item ∨

**Need to make a change?**
You won't be able to make changes when your shipment starts being prepared.

Edit payment method >
Contact seller >
Change delivery address >
Cancel delivery >
Need more help? Visit our help center. >

Freight shipping

**Address**
Benny Garcia
200 W Madison St, Ste 2100, Chicago, IL 60606

**Payment method**
VISA Ending in 0525

**Subtotal** $12.98

Tax $1.33

**Total** **$14.31**

**Charge history**
Your transaction activity for this order >

Order# 2000138-03700250

Cancel order

| 6,903,760 |  |
| 6,903,761 | |
| 6,363,259 | |







| 6,903,760 |  |
|---|---|
| 6,903,761 | |
| 6,363,259 | |





About JC Feng Shop

This seller may also engage in manufacturing, importing or reselling consumer products.

xianggangchihongfengyouxiangongsi

RM A5,7/F, ASTORIA BUILDING, NO.34 ASHLEY ROAD, TSIM SHA TSUI HONG KONG, HONG KONG, YM 999077

Contact business | (+86) 18198143371

Close

JC Feng Shop

RM A5,7/F, ASTORIA BUILDING, NO.34 ASHLEY ROAD, TSIM SHA TSUI HONG KONG HONG KONG, YM 999077, HK

Contact business | (+86) 18198143371

Seller Reviews

No reviews yet

About the seller          View more

Business Name:
xianggangchihongfengyouxiangongsi

We'd love to hear what you think!



| 6,903,760 | |
|------------|---|
| 6,903,761 | |
| 6,363,259 | |









Jul 22, 2025 order | Order# 2000135-74623902

Print | Have an issue with your order? Get help

Delivery
**Arrives by Wed, Jul 30**

Sold and shipped by JiaChao

Placed — Preparing — On the way — Delivered

**1 item**

FAJIAN Sports Sunglasses, Polarised Sunglasses, Windproof Dustproof Glasses for Outdoor Use,... $11.99
Actual Color: C13
Qty 1

Contact seller to ask about your order

Remove item

**Delivery**

**Address** Edit
Kacey Garcia
200 W Madison St, Ste 2100, Chicago, IL 60606

**Payment method** Edit
VISA Ending in 0525

**Subtotal** $11.99

Tax $1.23

**Total** **$13.22**

**Charge history**
Your transaction activity for this order >

Order# 2000135-74623902

Cancel order

Account
Home
Purchase history
Walmart+
My savings
Walmart Cash
• Messages (6 New)
My items
Reorder
Lists
Subscriptions
Registry
Protection plans
My profile
Reviews
Pets
Vehicles
Recipes
Giving & impact

| 6,903,760 |  |
|---|---|
| 6,903,761 | |
| 6,363,259 | |







| 6,903,760 |  |
| 6,903,761 | |
| 6,363,259 | |







| 6,903,760 |  |
| 6,903,761 | |
| 6,363,262 | PIT VIPER |
| 6,363,259 | |
| 6,995,695 | FULL TURBO |











LASTMILE PARCEL

WAREHOUSE MANAGER
3193 BASS PRO DR
GRAPEVINE TX 76051

FD-ORDB

SHIP TO:

CRISELDA GARCIA
200 W MADISON ST STE 2100
CHICAGO IL 60606

| | |
|---|---|
| 6,903,760 |  |
| 6,903,761 | |
| 6,363,259 | |





**About taiwei** ×

ⓘ This seller may also engage in manufacturing, importing or reselling consumer products.

🏢 nanchangtaiweidianzishangwufuwuyouxiangongsi

📍 jiangxishengnanchangshinanchanggaoxinjishuchanyekaifaquziyangdadao, nanchangshi, JX 330096

✉ Contact seller | 📞 (+86) 18979686021

Close

**taiwei**

📍 jiangxishengnanchangshinanchanggaoxinjishuchanyekaifaquziyangdadao
nanchangshi, JX 330096, CN

✉ Contact seller | 📞 (+86) 18979686021

**Seller Reviews**

☆☆☆☆☆
No reviews yet

**About the Store** View more

🏢 Business Name:
nanchangtaiweidianzishangwufuwuyouxiangongsi

Now $15.95
$49.99
Silky Bone
Straight Human
Hair Wigs With...
★★★☆☆ 19

Now $24.80
$54.68
Sondur Travel
Cushion - 2025
New Inflatable...
★★★☆☆ 2

Now $12.41
$19.20
Bluetooth Audio
Power Bank
Bracket, Foldabl...
★★★★★ 3

Now $17.86
$27.99
Tenbon Inguinal
Hernia Belt for
Single/Double...
★★★★☆ 93

Now $35.64
$43.96
Botanique Paris
Under Eye
Device，Revital...
★★☆☆☆ 3

Now $16.85
$19.32
Bald Cat Razor for
Women, 2025
New Bald Cat...
★★★☆☆ 3

+ Add    + Add

**Seller reviews**



Order details - Walmart.com

walmart.com/orders/200013303987270?groupId=b2bd1f22d20a1d725fca73aee05704f2

Search everything at Walmart online and in store

Reorder
My Items

Hi, Louise H
Account

$0.00

Departments ∨    Services ∨

My account / Purchase history / Order details

Ray-Ban Meta glasses Available in prescription.    Sponsored

### Account

**Home**

Purchase history

Walmart+

My savings

Walmart Cash

● Messages **(4 New)**

**My items**

Reorder

Lists

Subscriptions

Registry

Protection plans

## Aug 14, 2025 order  |  Order# 2000133-03987270    🖨 Print

Delivery
**Arrives between Fri, Aug 29 - Tue, Sep 09**

Sold and shipped by **taiwei**

Placed — Preparing — On the way — Delivered

1 item    ∨

**Need to make a change?**
You won't be able to make changes when your shipment starts being prepared.

Delivery

**Address**

Torie Hamilton
200 W Madison St, Ste 2100, Chicago, IL
60606

**Delivery instructions**    ∧

Apartment, E56
⊘ We'll leave your order at the door

**Payment method**

VISA  Ending in 6165

**Subtotal**    ~~$13.98~~
    **$10.97**



Messages (4 New)

**My items**
Reorder
Lists
Subscriptions
Registry
Protection plans

**My profile**
Reviews
Pets
Vehicles
Recipes
Giving & impact

**Other Accounts**
Pharmacy
Photo

⚙ Settings ∨

1 item ∨

**Need to make a change?**
You won't be able to make changes when your shipment starts being prepared.

| Edit payment method | > |
| Contact seller | > |
| Change delivery address | > |
| Cancel delivery | > |
| Need more help? Visit our help center. | > |

Ray-Ban | ∞ Meta

**Ray-Ban Meta glasses**

Sponsored

**Delivery instructions** ∧
Apartment, E56
⊘ We'll leave your order at the door

**Payment method**
VISA Ending in 6165

**Subtotal** ~~$13.98~~
$10.97

Tax $1.12

**Total** **$12.09**

🔵 **Charge history** >
Your transaction activity for this order

Order# 2000133-03987270

Cancel order

| 6,903,760 |  |
| 6,903,761 | |
| 6,363,259 | |





**About wangxinkeji** ✕

ⓘ This seller may also engage in manufacturing, importing or reselling consumer products.

🏢 guizhoulingyongmaoyiyouxiangongsi

📍 guizhoushengtongrenshibijiangquhuanbeiqingshuidadaojianghuaguojiAdong6-01hao, Tongren, GZ 554399

✉ Contact seller | ☏ (+86) 18740894991

Close

**wangxinkeji**

📍 guizhoushengtongrenshibijiangquhuanbeiqingshuidada jianghuaguojiAdong6-01hao
Tongren, GZ 554399, CN

✉ Contact seller | ☏ (+86) 18740894991

**Seller Reviews**

3.3 out of 5 ⭐⭐⭐⭐☆
7 ratings | 2 reviews

**About the Store**

🏢 Business Name: guizhoulingyongmaoyiyouxiangongsi

Now $18.95
$22.62
14inch Scooby
Doo Plush Brown
Cartoon Dog...
⭐⭐⭐⭐☆ 7

Now $23.16
$28.99
HCY&WLD Cat
Litter Mat,
45"x26"/35"x24"...
⭐⭐⭐⭐☆ 54

**Seller reviews**



# Aug 14, 2025 order | Order# 2000134-48944906

🖶 Print

**Delivery**
**Arrives between Tue, Aug 19 - Fri, Aug 22**

Sold and shipped by **wangxinkeji**

Placed — Preparing — On the way — Delivered

1 item ∨

**Need to make a change?**
You won't be able to make changes when your shipment starts being prepared.

Delivery

**Address**
Toshiko Hamilton
200 W Madison St, Ste 2100, Chicago, IL
60606

**Delivery instructions** ∧
Apartment, E58
⊘ We'll leave your order at the door

**Payment method**
VISA Ending in 6165

**Subtotal** $13.99
$11.95



Reorder
Lists
Subscriptions
Registry
Protection plans

**My profile**
Reviews
Pets
Vehicles
Recipes
Giving & impact

**Other Accounts**
Pharmacy
Photo

⚙ **Settings** ∨

⤷ **Sign Out**

**Need to make a change?**
You won't be able to make changes when your shipment starts being prepared.

Edit payment method ⟩
Contact seller ⟩
Change delivery address ⟩
Cancel delivery ⟩
Need more help? Visit our help center. ⟩

Ray-Ban | ∞ Meta

**Ray-Ban Meta glasses**

Sponsored

Apartment, E56
⊘ We'll leave your order at the door

**Payment method**
VISA Ending in 6165

**Subtotal** ~~$13.99~~
**$11.95**

Tax $1.22

**Total** **$13.17**

**Charge history** ⟩
Your transaction activity for this order

Order# 2000134-48944906

Cancel order

| 6,903,760 |  |
| 6,903,761 | |
| 6,363,259 | |





About wanhankeji ×

(i) This seller may also engage in manufacturing, importing or reselling consumer products.

guangzhouwanhankejiyouxiangongsi

guangzhoushibaiyunquhengshayongwaijie2hao202fang, guangzhoushi, GD 510080

Contact seller | ☎ (+86) 19129392126

Close

**wanhankeji**

⊙ guangzhoushibaiyunquhengshayongwaijie2hao20...ng
guangzhoushi, GD 510080, CN

✉ Contact seller | ☎ (+86) 19129392126

0% (0)
0% (0)
100% (1)
0% (0)
0% (0)

**Seller Reviews**

3 out of 5 ⭐⭐⭐☆☆

1 ratings | 0 reviews

**About the Store** View more

🏢 Business Name: guangzhouwanhankejiyouxiangongsi

We'd love to hear what you think!

Give feedback



Aug 14, 2025 order | Order# 2000137-25724787

Print

Delivery

**Arrives by Fri, Aug 22**

Sold and shipped by **wanhankeji**

Placed — Preparing — On the way — Delivered

**1 item**

**Need to make a change?**
You won't be able to make changes when your shipment starts being prepared.

Edit payment method

Contact seller

Change delivery address

Cancel delivery

Need more help? Visit our help center.

Delivery

**Address**
Robyn Garcia
200 W Madison St, Ste 2100, Chicago, IL
60606

**Delivery instructions**

Add access codes, adjust your map location
and more
⊘ We'll leave your order at the door

**Payment method**
VISA Ending in 0525

**Subtotal** $13.99
$11.98

Tax $1.23

**Total** $13.21

**Charge history**
Your transaction activity for this
order

Order# 2000137-25724787

Cancel order

| 6,903,760 |  |
| 6,903,761 | |











| 6,903,760 |  |
|---|---|
| 6,903,761 | |
| 6,363,259 | |







| 6,903,760 |  |
| 6,903,761 | |
| 6,363,259 | |







| 6,903,760 |  |
| 6,903,761 | |
| 6,363,259 | |





