Exhibit 2

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.



United States Register of Copyrights and Director

**Registration Number**

**VA 2-391-538**

**Effective Date of Registration:**
February 16, 2024

**Registration Decision Date:**
April 22, 2024



## Title

- **Title of Work:** LEONARDO (Two-Color High-Density Splatter)

## Completion/Publication

- **Year of Completion:** 2013
- **Date of 1st Publication:** June 01, 2013
- **Nation of 1st Publication:** United States

## Author

- **Author:** Pit Viper, LLC
- **Author Created:** 2-D artwork
- **Work made for hire:** Yes
- **Citizen of:** United States

## Copyright Claimant

- **Copyright Claimant:** Pit Viper, LLC
  159 W. Haven Ave., Salt Lake City, UT, 84115, United States

## Rights and Permissions

- **Organization Name:** HOLLAND & HART LLP
- **Name:** Caroline E. Bryce
- **Email:** cebryce@hollandhart.com
- **Telephone:** (303)473-4848
- **Address:** P.O. BOX 8749
  ATTN: DOCKETING
  Denver, CO 80201 United States

## Certification

**Name:** Caroline E. Bryce
**Date:** February 16, 2024
**Applicant's Tracking Number:** 110384.0445

**Copyright Office notes:** Basis for Registration: Graphic features identified separately from and capable of existing independently of the utilitarian aspects of a useful article.









# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*
United States Register of Copyrights and Director



**Registration Number**
**VA 2-391-528**
**Effective Date of Registration:**
February 16, 2024
**Registration Decision Date:**
April 22, 2024

## Title

    **Title of Work:** COSMOS (Two-Color Low-Density Splatter)

## Completion/Publication

    **Year of Completion:** 2013
   **Date of 1st Publication:** June 01, 2013
  **Nation of 1st Publication:** United States

## Author

-       **Author:** Pit Viper, LLC
    **Author Created:** 2-D artwork
  **Work made for hire:** Yes
     **Citizen of:** United States

## Copyright Claimant

  **Copyright Claimant:** Pit Viper, LLC
           159 W. Haven Ave., Salt Lake City, UT, 84115, United States

## Rights and Permissions

  **Organization Name:** HOLLAND & HART LLP
       **Name:** Caroline E. Bryce
       **Email:** cebryce@hollandhart.com
     **Telephone:** (303)473-4848
      **Address:** P.O. BOX 8749
           ATTN: DOCKETING
           Denver, CO 80201 United States

## Certification

**Name:** Caroline E. Bryce
**Date:** February 16, 2024
**Applicant's Tracking Number:** 110384.0444

**Copyright Office notes:** Basis for Registration: Graphic features identified separately from and capable of existing independently of the utilitarian aspects of a useful article.









# Certificate of Registration





This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

Shira Perlmutter
United States Register of Copyrights and Director

**Registration Number**
**VA 2-392-545**
**Effective Date of Registration:**
February 16, 2024
**Registration Decision Date:**
April 30, 2024

---

## Title

Title of Work: 1993 (Three-Color Splatter)

## Completion/Publication

Year of Completion: 2014
Date of 1st Publication: November 01, 2014
Nation of 1st Publication: United States

## Author

- Author: Pit Viper, LLC
  Author Created: 2-D artwork
  Work made for hire: Yes
  Citizen of: United States

## Copyright Claimant

Copyright Claimant: Pit Viper, LLC
159 W. Haven Ave., Salt Lake City, UT, 84115

## Rights and Permissions

Organization Name: HOLLAND & HART LLP
Name: Caroline E. Bryce
Email: cebryce@hollandhart.com
Telephone: (303)473-4848
Address: P.O. BOX 8749
ATTN: DOCKETING
Denver, CO 80201

## Certification

**Name:** Caroline E. Bryce
**Date:** February 16, 2024
**Applicant's Tracking Number:** 110384.0446

**Copyright Office notes:** Basis for Registration: Graphic features identified separately from and capable of existing independently of the utilitarian aspects of a useful article.





