Exhibit 1

















\\







