Exhibit 2



Juan Garcia <juanitogarcia1742@gmail.com>

---

**Juan, thanks for your order**

**Walmart.com** <help@walmart.com>  Thu, Aug 14, 2025 at 8:42 PM
Reply-To: donotreply@walmart.com
To: juanitogarcia1742@gmail.com

# Walmart

Order date: Thu, Aug 14, 2025
Order number: 2000137-25724787

## Thanks for your order, Juan!

View order



## What to expect

 Delivery

 Arrives Fri, Aug 22

200 W Madison St, Ste 2100, Chicago, IL, 60606, USA

 1 item   See all

[sunglasses product image]

Get real-time order updates

Download the app

## Order total

| Includes all fees, taxes, discounts and driver tip | $13.21 |
|---|---|
| You saved a total of | $2.01 |

## Payment method

 VISA ending in 0525



Shop anywhere with the Walmart app

 

**Questions?** Visit our Help Center

    

Walmart protects your security and privacy. We will never ask for personal information (such as passwords or credit card numbers) in an email. If you receive such a request, please do not respond. Learn more about online safety and see our Privacy Policy.

Please do not reply to this email. This mailbox is not monitored.

© 2025 Walmart. All rights reserved.

 Gmail                                                                          Juan Garcia <juanitogarcia1742@gmail.com>

**Shipped: FAJIAN Sports Sunglass...**
1 message

**Walmart.com** <help@walmart.com>                                                    Fri, Aug 15, 2025 at 1:03 PM
Reply-To: donotreply@walmart.com
To: juanitogarcia1742@gmail.com

# Walmart

Order date: Thu, Aug 14, 2025
Order number: 2000137-25724787

## Your package shipped, Juan!

**Track package**



## What to expect

  Delivery

🕒  **Arrives Fri, Aug 22**   On time

◎ 200 W Madison St, Ste 2100, Chicago, IL, 60606, USA

📦 1 item    See All



Sold and shipped by wanhankeji

🚚 China Post tracking number ZP04687060401



Shop anywhere with the Walmart app

 

**Questions?** Visit our Help Center

    

Walmart protects your security and privacy. We will never ask for personal information (such as passwords or credit card numbers) in an email. If you receive such a request, please do not respond. Learn more about online safety and see our Privacy Policy.

Please do not reply to this email. This mailbox is not monitored.

© 2025 Walmart. All rights reserved.

1/7/26, 9:38 AM
Case: 1:25-cv-12495 Document #: 57-2 Filed: 01/07/26 Page 8 of 13 PageID #:1038
Gmail - Your package is delayed



Juan Garcia <juanitogarcia1742@gmail.com>

**Your package is delayed** 
2 messages

**Walmart.com** <help@walmart.com>  Thu, Aug 21, 2025 at 6:03 PM
Reply-To: donotreply@walmart.com
To: juanitogarcia1742@gmail.com

# Walmart

Order date: Thu, Aug 14, 2025
Order number: 2000137-25724787

## We're sorry - your package is delayed

Hi Juan,

Your package is still on the way, but will arrive later than originally expected. We'll let you know when it's out for delivery.

View the latest updates in your order details.

**Track order**

### 1 item delayed

China Post tracking number ZP04687060401



FAJIAN Sports Sunglasses, Polarised Sunglasses, Windproof Dustproof Glasses for Outdoor Use, UV400 Mirrored Lens Cycling Sunglasses for Women and Men, C26

$11.98/EA
Qty: 1

$2.01 from savings

$11.98
$13.99

Shop anywhere with the Walmart app

 

**Questions?** Visit our Help Center

    

Walmart protects your security and privacy. We will never ask for personal information (such as passwords or credit card numbers) in an email. If you receive such a request, please do not respond. Learn more about online safety and see our Privacy Policy.

Please do not reply to this email. This mailbox is not monitored.

© 2025 Walmart. All rights reserved.

---

**Walmart.com** <help@walmart.com>      Thu, Aug 21, 2025 at 6:09 PM
Reply-To: donotreply@walmart.com
To: juanitogarcia1742@gmail.com

**Walmart**

Order date: Thu, Aug 14, 2025
Order number: 2000134-87987314

# We're sorry - your package is delayed

Hi Juan,

Your package is still on the way, but will arrive later than originally expected. We'll let you know when it's out for delivery.

View the latest updates in your order details.

Track order

## 1 item delayed

USPS tracking number 9200190378877245915638

 Limited Harley Davidson Electric Eagle 90s Vintage Bootleg Style T-Shirt, Classic Retro Graphic Unisex Tee Gift For Men and Women  $12.50  $14.50
$12.50/EA
Qty: 1

$2.00 from savings

Shop anywhere with the Walmart app

 

**Questions?** Visit our Help Center

    

Walmart protects your security and privacy. We will never ask for personal information (such as passwords or credit card numbers) in an email. If you receive such a request, please do not respond. Learn more about online safety and see our Privacy Policy.

Please do not reply to this email. This mailbox is not monitored.

© 2025 Walmart. All rights reserved.

1/7/26, 9:37 AM Gmail - Arrived: Your FAJIAN Sports Sunglass...

Case: 1:25-cv-12495 Document #: 57-2 Filed: 01/07/26 Page 12 of 13 PageID #:1042

 Gmail

Juan Garcia <juanitogarcia1742@gmail.com>

## Arrived: Your FAJIAN Sports Sunglass...
1 message

**Walmart.com** <help@walmart.com>     Wed, Sep 3, 2025 at 1:20 AM
Reply-To: donotreply@walmart.com
To: juanitogarcia1742@gmail.com

# Walmart

Order date: Thu, Aug 14, 2025
Order #2000137-25724787

## Your package arrived, Juan!

**View order**



**1 item arrived**

Sold and shipped by wanhankeji

 | FAJIAN Sports Sunglasses, Polarised Sunglasses, Windproof Dustproof Glasses for Outdoor Use, UV400 Mirrored Lens Cycling Sunglasses for Women and Men, C26 | **$11.98**
~~$13.99~~

$11.98/EA
Qty: 1

**$2.01** from savings

## How was your shipping experience?
Select a rating to begin quick survey.



1/7/26, 9:37 AM Gmail - Arrived: Your RAYBAN Sport Sunglass...

Case: 1:25-cv-12495 Document #: 57-2 Filed: 01/07/26 Page 13 of 13 PageID #:1043

## Payment method

 VISA ending in 0525

**Your payment method has been charged for the final total.** Your bank should remove any temporary holds within 10 business days. Learn more



Shop anywhere with the Walmart app

 

**Questions?** Visit our Help Center

    

Walmart protects your security and privacy. We will never ask for personal information (such as passwords or credit card numbers) in an email. If you receive such a request, please do not respond. Learn more about online safety and see our Privacy Policy.

Please do not reply to this email. This mailbox is not monitored.

© 2025 Walmart. All rights reserved.