Exhibit 3



Deliver to: Robyn garcia
Contact:

**200 W Madison St Ste 2100, Chicago, IL, US, 60606**

Delivery Instruction:

Tracking Number: UUS58J0940694475672

148

Weight:
Customer:
Reference #:

2025-08-18 18:31:47

UUS58J0940694475672

3966077747-695116

P: 8/19/25, D: 9/3/2025

Pit Viper
Walmart
wanhankeji

robyn garcia



From: Fulfillment Center
Contact:
JFK

Deliver to: Robyn Garcia
Contact:
**200 W Madison St Ste 2100, Chicago, IL, US, 60606**
Delivery Instruction:

118

Tracking Number: UUS58J0940694475672





**From:** Fulfillment Center
Contact:
JFK

**Deliver to: Robyn Garcia**
Contact:







THE OPTIMAL BLEND OF STYLE AND PERFORMANCE
DEMAND RESPECT & AUTHORITY





Viper Facts
Per Container 1

Points 100
Protection 100%
Adjustment Points 3
Original Design Year 1993
Abilities ∞



















