Exhibit 4















Pit Viper Facts

| | |
|---|---|
| Sunglasses Per Container | 1 |
| Gnar Points | 100 |
| UV Protection | 100% |
| Adjustment Points | 3 |
| Party Enhancing Guarantee | 95% |
| Original Design Year | 1993 |
| Possibilities | ∞ |

THE OPTIMAL BLEND
DEMAND RES







