Exhibit 5

# Google Search Results



guangzhoushibaiyunquhengshayon

**Google Maps can't find** *guangzhoushibaiyunqhengshayongwaijie2hao 202fangang*

Make sure your search is spelled correctly. Try adding a city, state, or zip code.

Try Google Search instead

Should this place be on Google Maps?
Add a missing place



**Choose Chrome, the browser by Google**

Try a fast, secure browser with updates built in

Don't switch          Yes













# Baidu Search Results









room 202, no. 2, hengsha chungwai street,

nationwide | Road conditions | Metro | Toolbox

Log in to send the location to your mobile phone with

one click

No relevant location found.

You can also:

- Check that the input is correct or that other words are entered
- 在百度网页中查找"room 202, no. 2, hengsha chungwai street, baiyun district, guangzhou, china"

© 2026 Baidu - GS(2025)4125号 - 甲测 Zi 11111342 - 京ICP证030173号 Copyright Information  Baidu Homepage  Terms of Service  Privacy Policy  Business cooperation  Map Open Platform  Brand/Merchant Claim  Suggestions  Download Map Client  New Location  Baidu Marketing



510168, guangzhou, baiyun district, hengsh

Log in to send the location to your mobile phone    with

one click

No relevant location found.

You can also:

- Check that the input is correct or that other words are entered
- 在百度网页中查找"510168, guangzhou, baiyun district, hengsha chungwai street, no. 2, room 20"
- In Baidu, ask questions and let other netizens help you solve them
- Add the place to Baidu Maps
- Enter Hong Kong, Macau, Taiwan, or overseas cities to check local results

Baidu reminds you: There is an error in the result? Please go to Baidu Map Complaint Center for feedback.

nationwide    Road conditions    Metro    Toolbox

500 km

© 2026 Baidu - GS(2025)4125号 - 甲测 Z1 11111342 - 京ICP证030173号    Copyright Information    Baidu Homepage    Terms of Service Privacy Policy    Business cooperation    Map Open Platform    Brand/Merchant Claim    Suggestions    Download Map Client    New Location    Baidu Marketing

# Bing Search Results







guangzhoushibaiyunquhengshayongwaijie2hao202fangang, guangzhoushi, GD, …



**Guangzhou, Guangdong, 510080, China**

Directions

China, Guangdong · Guangzhou · Yuexiu District
23.129198, 113.303001







 | Maps

Room 202, No. 2, Hengsha Chungwai Street, Baiyun District, Guangzhou, China ...


Directions

Sign in



**Guangzhou, Guangdong, 510168, China**

Directions

China, Guangdong · Guangzhou · Baiyun District
23.154585, 113.206978


**Accommodations In Guangzhou Area | Booking.com –
Accommodation**
https://www.booking.com
Sponsored Book your Accommodation in **Guangzhou** Area online.
Choose From a Wide Range of Properties Which Booking.com
Offers. Search Now!
Site visitors: Over 1M in the past month
We speak your language · Great Choice · Hotels · Low Rates
Homes, Apartments & More · Hotels at Great Prices · Top Reviewed...



China · Guangdong · Guangzhou · Baiyun District

Time of Day



 Maps

510168, Guangzhou, Baiyun District, Hengsha Chungwai Street, No. 2, Room 202

 Directions

Sign in

**Hengsha Rd, Baiyun District, Guangzhou, Guangdong, China**

Directions

China, Guangdong · Guangzhou · Baiyun District
23.156122, 113.208987

 **Accommodations In Guangzhou Area | Booking.com – Accommodation**
https://www.booking.com
Sponsored Book your Accommodation in Guangzhou Area online. Choose From a Wide Range of Properties Which Booking.com Offers. Search Now!
4.5/5 ★★★★★ (86K reviews)
Book Now · Hotels at Great Prices · Homes, Apartments & More · Fi...

**Enjoy Your Stay in Guangzhou | Marriott® Hotels | Reserve Now**
https://www.marriott.com › marriott hotels › guangzhou
Sponsored Planning A Longer Stay? Book One Of Marriott's Extended Stay Hotels Around The World. Find Stays That Stay With You. Explore Our Entire World Of Hotel Brands And Experiences. Committed to Our Guests · Travel with Peace of Mind · Contactless ...
Marriott Bonvoy® · Best Rates Guaranteed



Privacy    Terms