Exhibit 6



GBC Attorney <attorney2@gbcinternetenforcement.net>

## Pit Viper, LLC v. The Partnerships, et al.; NDIL 25-cv-12495

**GBC Attorney** <Attorney2@gbcinternetenforcement.net>  Tue, Oct 28, 2025 at 9:06 AM
Bcc: 15638526502@163.com, liulh_hz@163.com, 19956799121@163.com, 18234848777@163.com, 1013206445@qq.com, 1245325643@qq.com, 2274946241@qq.com, 583613855@qq.com, 18970059739@163.com, 13625341680@163.com, xunhuang0204563@163.com, cuipeikan595912@163.com, shimintb48879@163.com, bakhu13@163.com, u0l80l@163.com, hahnei705@outlook.com, tijbxal@163.com, 18679051698@163.com, huchangying2025@163.com, 18079135274@163.com, tonghiv3924@163.com, vdjf26@163.com, chenli87123@163.com, shi308573418@163.com, 3254148721@qq.com, 15155654940@163.com, ttalhami@gbc.law, hdawson@gbc.law

The defendants operating the Seller Aliases listed in Schedule A to the Complaint are hereby advised:

Plaintiff has charged Defendants with violations of United States federal laws prohibiting trademark infringement and counterfeiting and copyright infringement.

A copy of the Complaint, Summons and other legal documents may be obtained from Plaintiff's attorney, Greer, Burns & Crain, Ltd., attorney@gbcinternetenforcement.net, 312.360.0080, and on this website. http://gbcinternetenforcement.net/25-12495. Screenshot Evidence PDFs: Pit Viper, LLC. - 25cv12495

Any answer or other response to the Complaint should be filed with the Clerk of the Court, United States District Court for the Northern District of Illinois, Eastern Division, Chicago, Illinois within twenty-one (21) days from October 28, 2025. If no appearance or pleading is filed, the Court may render a judgment against the defendants.

Defendants are advised to seek U.S. legal counsel.

If you believe that you have been improperly linked to this case or received this email in error, promptly contact us at attorney@gbcinternetenforcement.net so that we can further investigate your claim. In order to investigate your claim, you must provide us with the e-mail address associated with the PayPal, eBay, DHgate, Amazon, Wish.com, Walmart, Etsy, Temu, TikTok and/or Alipay account and/or domain name that was suspended, and a list of all email addresses associated with that account. In addition, please provide us with your store name and the URL.

attorney@gbcinternetenforcement.net
Greer, Burns & Crain
Chicago, IL 60606

### 5 attachments



**Schedule A to Complaint.pdf**
116K

**Summons.pdf**
379K

**Complaint.pdf**
409K

**Exhibit 3 to Complaint.pdf**
9813K

**0025 - Order for Expedited Discovery and E-Service.pdf**
158K

10/28/25, 9:08 AM                       Greer, Burns & Crain Mail - Expedited Discovery Request - Pit Viper, LLC v. The Partnerships, et al.; NDIL 25-cv-12495

Case: 1:25-cv-12495 Document #: 57-6 Filed: 01/07/26 Page 3 of 6 PageID #:1103



GBC Attorney <attorney2@gbcinternetenforcement.net>

---

## Expedited Discovery Request - Pit Viper, LLC v. The Partnerships, et al.; NDIL 25-cv-12495

**GBC Attorney** <Attorney2@gbcinternetenforcement.net>                                         Tue, Oct 28, 2025 at 9:07 AM
Bcc: 15638526502@163.com, liulh_hz@163.com, 19956799121@163.com, 18234848777@163.com, 1013206445@qq.com, 1245325643@qq.com, 2274946241@qq.com, 583613855@qq.com, 18970059739@163.com, 13625341680@163.com, xunhuang0204563@163.com, cuipeikan595912@163.com, shimintb48879@163.com, bakhu13@163.com, u0l80l@163.com, hahnei705@outlook.com, tijbxal@163.com, 18679051698@163.com, huchangying2025@163.com, 18079135274@163.com, tonghiv3924@163.com, vdjf26@163.com, chenli87123@163.com, shi308573418@163.com, 3254148721@qq.com, 15155654940@163.com, ttalhami@gbc.law, hdawson@gbc.law

The defendants operating the Seller Aliases listed in Schedule A to the Complaint are hereby advised:

Plaintiff has charged Defendants with violations of United States federal laws prohibiting trademark infringement and counterfeiting and copyright infringement. A copy of the Complaint, Summons and other legal documents may be obtained from Plaintiff's attorney, Greer, Burns & Crain, Ltd., attorney@gbcinternetenforcement.net, 312.360.0080, and on this website. http://gbcinternetenforcement.net/25-12495

Pursuant to the Order [25] issued in this case, you are required to respond on an expedited basis to the discovery requests posted on http://gbcinternetenforcement.net/25-12495 within seven calendar days.

Defendants are advised to seek U.S. legal counsel.

If you believe that you have been improperly linked to this case or received this email in error, promptly contact us at attorney@gbcinternetenforcement.net so that we can further investigate your claim. In order to investigate your claim, you must provide us with the e-mail address associated with the PayPal, eBay, Amazon, Walmart, Wish.com, Etsy, Temu, TikTok, and/or Alipay account and/or domain name that was suspended, and a list of all email addresses associated with that account. In addition, please provide us with your store name and the URL.

attorney@gbcinternetenforcement.net
Greer, Burns & Crain
Chicago, IL 60606

---

**3 attachments**


First Set of Interrogatories to Defendants.pdf
191K


First Set of Requests for Production of Documents and Things.pdf
200K

First Set of Requests for Admissions to Defendants.pdf
173K



GBC Attorney <attorney2@gbcinternetenforcement.net>

## Pit Viper, LLC v. The Partnerships, et al.; NDIL 25-cv-12495

**GBC Attorney** <Attorney2@gbcinternetenforcement.net>  Tue, Oct 28, 2025 at 9:05 AM
Bcc: 15638526502@163.com, liulh_hz@163.com, 19956799121@163.com, 18234848777@163.com, 1013206445@qq.com, 1245325643@qq.com, 2274946241@qq.com, 583613855@qq.com, 18970059739@163.com, 13625341680@163.com, xunhuang0204563@163.com, cuipeikan595912@163.com, shimintb48879@163.com, bakhu13@163.com, u0l80l@163.com, hahnei705@outlook.com, tijbxal@163.com, 18679051698@163.com, huchangying2025@163.com, 18079135274@163.com, tonghiv3924@163.com, vdjf26@163.com, chenli87123@163.com, shi308573418@163.com, 3254148721@qq.com, 15155654940@163.com, ttalhami@gbc.law, hdawson@gbc.law

We represent Pit Viper, LLC, owner of PIT VIPER Trademarks and Pit Viper Copyrighted Works, in anti-counterfeiting matters. Plaintiff has charged you and other Defendants in the Complaint with violations related to trademark infringement and counterfeiting and copyright infringement.

A United States Federal District Court has issued a Temporary Restraining Order ("TRO").

A copy of the Complaint and TRO is available http://gbcinternetenforcement.net/25-12495, which will be updated regularly throughout these proceedings.

You are advised to seek U.S. legal counsel.

If you believe that you have been improperly linked to this case or received this email in error, promptly contact us at attorney@gbcinternetenforcement.net so that we can further investigate your claim. In order to investigate your claim, you must provide us with the e-mail address associated with the PayPal, eBay, Amazon, Walmart, Wish.com, DHgate, Etsy, Temu, TikTok, and/or Alipay account and/or domain name that was suspended, and a list of all email addresses associated with that account. In addition, please provide us with your store name and the URL.

attorney@gbcinternetenforcement.net

Greer, Burns and Crain
Chicago, Illinois 60606

---

**4 attachments**

📄 **0023 - Minute entry granting TRO.pdf**
18K

📄 **0014 - Motion for TRO.pdf**
174K

📄 **0015 - Memorandum for TRO.pdf**
317K

📄 **0024 - Signed TRO.pdf**
204K



GBC Attorney <attorney2@gbcinternetenforcement.net>

## NDIL 25-cv-12495; Pit Viper, LLC v. The Partnerships, et al.; Preliminary Injunction

**GBC Attorney** <Attorney2@gbcinternetenforcement.net>  Tue, Oct 28, 2025 at 9:31 AM
Bcc: 15638526502@163.com, liulh_hz@163.com, 19956799121@163.com, 18234848777@163.com, 1013206445@qq.com, 1245325643@qq.com, 2274946241@qq.com, 583613855@qq.com, 18970059739@163.com, 13625341680@163.com, xunhuang0204563@163.com, cuipeikan595912@163.com, shimintb48879@163.com, bakhu13@163.com, u0l80l@163.com, hahnei705@outlook.com, tijbxal@163.com, 18679051698@163.com, huchangying2025@163.com, 18079135274@163.com, tonghiv3924@163.com, vdjf26@163.com, chenli87123@163.com, shi308573418@163.com, 3254148721@qq.com, 15155654940@163.com, ttalhami@gbc.law, hdawson@gbc.law

**PLEASE TAKE NOTICE** that Plaintiff has filed Plaintiff's Motion for a Preliminary Injunction. A copy of the relevant documents is available at the following website: http://gbcinternetenforcement.net/25-12495.

If you believe that you have been improperly linked to this case or received this email in error, promptly contact us at attorney@gbcinternetenforcement.net so that we can further investigate your claim. In order to investigate your claim, you must provide us with the e-mail address associated with the PayPal, eBay, Amazon, Walmart, Wish.com, DHgate, Etsy, Temu, TikTok, and/or Alipay account and/or domain name that was suspended, and a list of all email addresses associated with that account. In addition, please provide us with your store name and the URL.

Dated this 28th day of October 2025

attorney@gbcinternetenforcement.net

Greer, Burns and Crain
Chicago, Illinois 60606

---

**4 attachments**


**0030 - MOTION by Plaintiff Pit Viper, LLC for preliminary injunction.pdf**
184K


**0030-001 - Exhibit A.pdf**
136K


**0031 - MEMORANDUM by Pit Viper, LLC in support of motion for preliminary injunction[30] (Attachments.pdf**
235K

**Pit Viper, LLC (25-cv-12495) - Proposed PI Order.pdf**
398K



GBC Attorney <attorney2@gbcinternetenforcement.net>

## 25-cv-12495; Pit Viper, LLC v. The Partnerships, et al.; Minute Entry

**GBC Attorney** <Attorney2@gbcinternetenforcement.net>  Tue, Oct 28, 2025 at 11:27 AM
Bcc: 15638526502@163.com, liulh_hz@163.com, 19956799121@163.com, 18234848777@163.com, 1013206445@qq.com, 1245325643@qq.com, 2274946241@qq.com, 583613855@qq.com, 18970059739@163.com, 13625341680@163.com, xunhuang0204563@163.com, cuipeikan595912@163.com, shimintb48879@163.com, bakhu13@163.com, u0l80l@163.com, hahnei705@outlook.com, tijbxal@163.com, 18679051698@163.com, huchangying2025@163.com, 18079135274@163.com, tonghiv3924@163.com, vdjf26@163.com, chenli87123@163.com, shi308573418@163.com, 3254148721@qq.com, 15155654940@163.com, ttalhami@gbc.law, hdawson@gbc.law

This docket entry was made by the Clerk on Tuesday, October 28, 2025:

MINUTE entry before the Honorable Thomas M. Durkin: A telephone hearing as to the motion for preliminary injunction [30] is set for 11/3/2025 at 9:15 a.m. Plaintiff's request to extend the Temporary Restraining Order entered 10/17/2025 until the date of the hearing is granted. To join the telephone conference, dial (650) 479−3207, Access Code 180 815 7648. Throughout the hearing, each speaker will be expected to identify themselves for the record before speaking. Counsel must be in a quiet area while on the line. Please be sure to keep your phone on mute when you are not speaking. Persons granted remote access to proceedings are reminded of the general prohibition against photographing, recording, and rebroadcasting of court proceedings. Violation of these prohibitions may result in sanctions, including removal of court issued media credentials, restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed necessary by the Court. Mailed notice. (ecw, )

ATTENTION: This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at www.ilnd.uscourts.gov.

A copy of the relevant documents is available at the following website: http://gbcinternetenforcement.net/25-12495.

If you believe that you have been improperly linked to this case or received this email in error, promptly contact us at attorney@gbcinternetenforcement.net so that we can further investigate your claim. In order to investigate your claim, you must provide us with the e-mail address associated with the PayPal, eBay, Amazon, Walmart, Wish.com, DHgate, Etsy, Temu, TikTok, and/or Alipay account and/or domain name that was suspended, and a list of all email addresses associated with that account. In addition, please provide us with your store name and the URL.

Dated this 28th day of October 2025

attorney@gbcinternetenforcement.net

Greer, Burns and Crain
Chicago, Illinois 60606

---

 **0032 - MINUTE entry setting PI hearing 11.3; phone instructions.pdf**
18K