# Exhibit 7



GBC Attorney <attorney2@gbcinternetenforcement.net>

## 25-cv-12495; Pit Viper, LLC v. The Partnerships, et al.; Minute Entry

GBC Attorney <Attorney2@gbcinternetenforcement.net>   Mon, Nov 3, 2025 at 11:53 AM
Bcc: 15638526502@163.com, liulh_hz@163.com, 19956799121@163.com, 18234848777@163.com, 1013206445@qq.com, 1245325643@qq.com, 2274946241@qq.com, 583613855@qq.com, 18970059739@163.com, 13625341680@163.com, xunhuang0204563@163.com, cuipeikan595912@163.com, shimintb48879@163.com, bakhu13@163.com, u0l80l@163.com, hahnei705@outlook.com, tijbxal@163.com, 18679051698@163.com, huchangying2025@163.com, 18079135274@163.com, tonghiv3924@163.com, vdjf26@163.com, chenli87123@163.com, shi308573418@163.com, 3254148721@qq.com, 15155654940@163.com, ttalhami@gbc.law, hdawson@gbc.law

This docket entry was made by the Clerk on Monday, November 3, 2025:

MINUTE entry before the Honorable Thomas M. Durkin: Motion hearing held on 11/3/2025. No one was present on behalf of defendants. For the reasons stated on the record, Plaintiff's motion for entry of a preliminary injunction [30] is granted. Enter Preliminary Injunction Order. The Clerk's office is directed to unseal Schedule A to the Complaint [3], Exhibit 3 to the Complaint [2], Exhibits to the Declaration of Vance Lommen [18], the TRO [24] and the Order Authorizing Expedited Discovery and Electronic Service of Process [25]. Plaintiff's counsel is ordered to add ALL Defendant names listed in Schedule A to the docket within three business days. Instructions can be found on the court's website https://www.ilnd.uscourts.gov/_assets/_documents/_ forms/_cmecf/pdfs/v60/Add_Terminate_Instructions.p df. **A telephone status hearing is set for 12/5/2025 at 9:15 a.m. To join the telephone conference, dial (650) 479−3207, Access Code 180 815 7648.** Throughout the hearing, each speaker will be expected to identify themselves for the record before speaking. Counsel must be in a quiet area while on the line. Please be sure to keep your phone on mute when you are not speaking. Persons granted remote access to proceedings are reminded of the general prohibition against photographing, recording, and rebroadcasting of court proceedings. Violation of these prohibitions may result in sanctions, including removal of court issued media credentials, restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed necessary by the Court. Mailed notice. (ecw, )

ATTENTION: This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at www.ilnd.uscourts.gov.

A copy of the relevant documents is available at the following website: http://gbcinternetenforcement.net/25-12495.

If you believe that you have been improperly linked to this case or received this email in error, promptly contact us at attorney@gbcinternetenforcement.net so that we can further investigate your claim. In order to investigate your claim, you must provide us with the e-mail address associated with the PayPal, eBay, Amazon, Walmart, Wish.com, DHgate, Etsy, Temu, TikTok, and/or Alipay account and/or domain name that was suspended, and a list of all email addresses associated with that account. In addition, please provide us with your store name and the URL.

Dated this 3rd day of November 2025

attorney@gbcinternetenforcement.net

Greer, Burns and Crain
Chicago, Illinois 60606

📄 **0035 - MINUTE entry granting PI; Status hearing 12.5; add defs to docket.pdf**
19K