Exhibit 8



GBC Attorney <attorney2@gbcinternetenforcement.net>

## NDIL 25-cv-12495; Pit Viper, LLC v. The Partnerships, et al.; Default Judgment

GBC Attorney <Attorney2@gbcinternetenforcement.net>    Thu, Nov 20, 2025 at 2:58 PM
Bcc: 15638526502@163.com, 19956799121@163.com, 18234848777@163.com, 1013206445@qq.com, 1245325643@qq.com, 2274946241@qq.com, 583613855@qq.com, 18970059739@163.com, 13625341680@163.com, xunhuang0204563@163.com, cuipeikan595912@163.com, bakhu13@163.com, u0l80l@163.com, hahnei705@outlook.com, tijbxal@163.com, 18679051698@163.com, huchangying2025@163.com, tonghiv3924@163.com, vdjf26@163.com, shi308573418@163.com, 15155654940@163.com, Lucy-Tro@outlook.com, adamu <adamu@au-llc.com>, niu <niu@mainleaf-law.com>, lou@mainleaf-law.com, settlement@mainleaf-law.com, kk-gzzlaw@outlook.com, ttalhami@gbc.law, hdawson@gbc.law

**PLEASE TAKE NOTICE** that Plaintiff has filed Plaintiff's Motion for Entry of Default and Default Judgment. A copy of the relevant documents is available at the following website: http://gbcinternetenforcement.net/25-12495.

If you believe that you have been improperly linked to this case or received this email in error, promptly contact us at attorney@gbcinternetenforcement.net so that we can further investigate your claim. In order to investigate your claim, you must provide us with the e-mail address associated with the PayPal, eBay, Amazon, Walmart, Wish.com, DHgate, Etsy, Temu, TikTok, and/or Alipay account and/or domain name that was suspended, and a list of all email addresses associated with that account. In addition, please provide us with your store name and the URL.

Dated this 20th day of November 2025

attorney@gbcinternetenforcement.net

Greer, Burns and Crain
Chicago, Illinois 60606

---

**4 attachments**



- **0041-001 - Exhibit A (11-20-2025).pdf**
  88K

- **0042 - MEMORANDUM by Pit Viper, LLC in support of motion for entry of default, motion for default judgment[(11-20-2025).pdf**
  198K

- **0041 - MOTION by Plaintiff Pit Viper, LLC for entry of default, MOTION by Plaintiff Pit Viper, LLC for defa (11-20-2025).pdf**
  112K

- **Pit Viper, LLC - 25cv12495 - Proposed Default Judgment.pdf**
  650K

11/20/25, 3:02 PM Greer, Burns, & Crain Mail - NDIL 25-cv-12495; Pit Viper, LLC v. The Partnerships, et al.; Minute Entry

Case: 1:25-cv-12495 Document #: 57-8 Filed: 01/07/26 Page 3 of 3 PageID #:111



GBC Attorney <attorney2@gbcinternetenforcement.net>

## NDIL 25-cv-12495; Pit Viper, LLC v. The Partnerships, et al.; Minute Entry

**GBC Attorney** <Attorney2@gbcinternetenforcement.net>   Thu, Nov 20, 2025 at 3:02 PM
Bcc: 15638526502@163.com, 19956799121@163.com, 18234848777@163.com, 1013206445@qq.com, 1245325643@qq.com, 2274946241@qq.com, 583613855@qq.com, 18970059739@163.com, 13625341680@163.com, xunhuang0204563@163.com, cuipeikan595912@163.com, bakhu13@163.com, u0l80l@163.com, hahnei705@outlook.com, tijbxal@163.com, 18679051698@163.com, huchangying2025@163.com, tonghiv3924@163.com, vdjf26@163.com, shi308573418@163.com, 15155654940@163.com, Lucy-Tro@outlook.com, adamu <adamu@au-llc.com>, niu <niu@mainleaf-law.com>, lou@mainleaf-law.com, settlement@mainleaf-law.com, kk-gzzlaw@outlook.com, ttalhami@gbc.law, hdawson@gbc.law

This docket entry was made by the Clerk on Thursday, November 20, 2025:
    MINUTE entry before the Honorable Thomas M. Durkin: The telephone status hearing set for 12/5/2025 at 9:15 a.m. is converted to a telephone hearing as to the motion for entry of default and default judgment [41]. Mailed notice. (ecw, )

ATTENTION: This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at www.ilnd.uscourts.gov.

A copy of the relevant documents is available at the following website: http://gbcinternetenforcement.net/25-12495.

If you believe that you have been improperly linked to this case or received this email in error, promptly contact us at attorney@gbcinternetenforcement.net so that we can further investigate your claim. In order to investigate your claim, you must provide us with the e-mail address associated with the PayPal, eBay, Amazon, Walmart, Wish.com, DHgate, Etsy, Temu, TikTok, and/or Alipay account and/or domain name that was suspended, and a list of all email addresses associated with that account. In addition, please provide us with your store name and the URL.

Dated this 20th day of November 2025

attorney@gbcinternetenforcement.net

Greer, Burns and Crain
Chicago, Illinois 60606

---

📄 **0044 - MINUTE entry turning status hearing to default 12.5.pdf**
17K