Exhibit 9

12/3/25, 9:16 AM                Greer, Burns & Crain Mail - NDIL 25-cv-12495; Pit Viper, LLC v. The Partnerships, et al.; Motion to Strike Defendant's Motion for Ext…

Case: 1:25-cv-12495 Document #: 57-9 Filed: 01/07/26 Page 2 of 2 PageID #:1113

                                                                 GBC Attorney <attorney2@gbcinternetenforcement.net>

## NDIL 25-cv-12495; Pit Viper, LLC v. The Partnerships, et al.; Motion to Strike Defendant's Motion for Extension [46]

**GBC Attorney** <Attorney2@gbcinternetenforcement.net>                                     Wed, Dec 3, 2025 at 9:16 AM
Bcc: 15638526502@163.com, 19956799121@163.com, 18234848777@163.com, 1013206445@qq.com, 1245325643@qq.com, 2274946241@qq.com, 583613855@qq.com, 18970059739@163.com, 13625341680@163.com, xunhuang0204563@163.com, cuipeikan595912@163.com, bakhu13@163.com, u0l80l@163.com, hahnei705@outlook.com, tijbxal@163.com, 18679051698@163.com, huchangying2025@163.com, tonghiv3924@163.com, vdjf26@163.com, shi308573418@163.com, 15155654940@163.com, Lucy-Tro@outlook.com, adamu <adamu@au-llc.com>, niu <niu@mainleaf-law.com>, lou@mainleaf-law.com, settlement@mainleaf-law.com, kk-gzzlaw@outlook.com, ttalhami@gbc.law, hdawson@gbc.law

**PLEASE TAKE NOTICE** that Plaintiff, by its counsel, has filed Plaintiff's Motion to Strike Defendant's Motion for Extension [46]. A copy of the relevant documents is available at the following website: http://gbcinternetenforcement.net/25-12495/.

If you believe that you have been improperly linked to this case or received this email in error, promptly contact us at attorney@gbcinternetenforcement.net so that we can further investigate your claim. In order to investigate your claim, you must provide us with the e-mail address associated with the PayPal, eBay, Amazon, Walmart, Wish.com, DHgate, Etsy, Temu, TikTok, and/or Alipay account and/or domain name that was suspended, and a list of all email addresses associated with that account. In addition, please provide us with your store name and the URL.

Dated this 3rd day of December 2025.
--

attorney@gbcinternetenforcement.net

Greer, Burns and Crain
Chicago, Illinois 60606

---

**2 attachments**

 **0047-001 - Exhibit A (12-03-2025).pdf**
88K

 **0047 - MOTION by Plaintiff Pit Viper, LLC to strike MOTION by Defendant wanhankeji for extension of time [4 (12-03-2025).pdf**
240K