Exhibit 10

12/5/25, 2:46 PM                                    Greer, Burns & Crain Mail - NDIL 25-cv-12495; Pit Viper, LLC v. The Partnerships, et al.; Default Judgment

Case: 1:25-cv-12495 Document #: 57-10 Filed: 01/07/26 Page 2 of 2 PageID #:1115

                                                          GBC Attorney <attorney2@gbcinternetenforcement.net>

## NDIL 25-cv-12495; Pit Viper, LLC v. The Partnerships, et al.; Default Judgment

GBC Attorney <Attorney2@gbcinternetenforcement.net>                                  Fri, Dec 5, 2025 at 2:46 PM
Bcc: 15638526502@163.com, 19956799121@163.com, 18234848777@163.com, 1013206445@qq.com, 1245325643@qq.com, 2274946241@qq.com, 583613855@qq.com, 18970059739@163.com, 13625341680@163.com, xunhuang0204563@163.com, cuipeikan595912@163.com, bakhu13@163.com, u0l80l@163.com, hahnei705@outlook.com, tijbxal@163.com, 18679051698@163.com, huchangying2025@163.com, tonghiv3924@163.com, vdjf26@163.com, shi308573418@163.com, 15155654940@163.com, Lucy-Tro@outlook.com, adamu <adamu@au-llc.com>, niu <niu@mainleaf-law.com>, lou@mainleaf-law.com, settlement@mainleaf-law.com, kk-gzzlaw@outlook.com, ttalhami@gbc.law, hdawson@gbc.law

This docket entry was made by the Clerk on Friday, December 5, 2025:

MINUTE entry before the Honorable Thomas M. Durkin: Motion hearing held on 12/5/2025. No one appeared on behalf of defendants. Plaintiff's motion to strike Defendant's motion for extension [46] [47] is granted. For the reasons stated on the record, the motion for entry of default and default judgment [41] is granted. Enter order. The thirteen thousand dollar ($13,000) surety bond posted by Plaintiff is hereby released to Plaintiff or its counsel, Greer, Burns & Crain, Ltd. The Clerk of the Court is directed to return the surety bond previously deposited with the Clerk of the Court to Plaintiff or its counsel. Civil case terminated. Mailed notice. (ecw, )

ATTENTION: This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at www.ilnd.uscourts.gov.

A copy of the relevant documents is available at the following website: http://gbcinternetenforcement.net/25-12495/.

If you believe that you have been improperly linked to this case or received this email in error, promptly contact us at attorney@gbcinternetenforcement.net so that we can further investigate your claim. In order to investigate your claim, you must provide us with the e-mail address associated with the PayPal, eBay, Amazon, Walmart, Wish.com, DHgate, Etsy, Temu, TikTok, and/or Alipay account and/or domain name that was suspended, and a list of all email addresses associated with that account. In addition, please provide us with your store name and the URL.

Dated this 5th day of December 2025.
--

attorney@gbcinternetenforcement.net

Greer, Burns and Crain
Chicago, Illinois 60606

---

**2 attachments**

- 0048 - MINUTE entry granting default; civil case terminated.pdf
  18K

- 0049 - Default Judgment Order - Pit Viper 16.pdf
  253K